

FILED
DEC 15 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

ORIGINAL

MICHAEL R. LEVINE, Oregon State Bar No. 93142 (admitted *pro hac vice*)
MATTHEW G. MCHENRY, Oregon State Bar No. 04357
Attorneys At Law
400 SW Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone:  (503) 546-3927
Fax:    (503) 224-3203
Email:  MichaelLevineESQ@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br><br>WILLIAM PIERS,<br>    Defendant. | ) CASE A00-0104 CR (HRH)<br>)<br>) POST-EVIDENTIARY HEARING<br>) ARGUMENT IN SUPPORT OF<br>) DEFENDANT'S MOTION FOR RELIEF<br>) PURSUANT TO 28 U.S.C. § 2255;<br>) EXHIBIT K |

The defendant, William Piers, through his attorneys, Michael R. Levine and Matthew G. McHenry, submits the following argument in support of his Motion to Vacate Convictions and Sentences pursuant to 28 U.S.C. § 2255. The argument is based on and incorporates the complete record of the case, including all of Mr. Piers's previously filed pleadings and the transcripts from the trial and various hearings.

