MICHAEL R. LEVINE, Oregon State Bar No. 93142
Attorney At Law
400 SW Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone: (503) 546-3927
Fax: (503) 224-3203
Email: MichaelLevineESQ@aol.com

**ORIGINAL**
**FILED**

DEC 1 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs.<br><br>WILLIAM PIERS,<br>　　　Defendant. | ) CASE A00-0104 CR (HRH)<br>)<br>) SUBMISSION OF EXHIBITS 'A' AND 'B'<br>)<br>)<br>)<br>)<br>) |

　　This Court held a hearing in the above captioned case on August 15 and 16, 2005, during which the defense entered into evidence Exhibit A (June 27, 2000 Statement of Raymond Hubbard) and Exhibit B (October 18, 2000 Grand Jury Testimony of Raymond Hubbard). The Court instructed the defense to submit clean copies of Exhibit B, as the copy presented in court contained highlighting marks by undersigned counsel. RT 39–41. Included with this pleading is a clean copy of Exhibit B, Raymond Hubbard's October 18, 2000 Grand Jury Testimony. As per the Court's instruction, all notes and highlights are on the Exhibit are Rex Butler's.

　　It also appears that undersigned counsel inadvertently left the courtroom with Exhibit A, the June 27, 2000 Statement of Raymond Hubbard. As such, counsel also submits a clean copy of Exhibit A as well. Both Exhibits should be entered into the record from the hearing.

Respectfully Submitted:

_____　　12/18/05
Michael R. Levine　　　　　　　　　　　Date
Attorney for Defendant

1

250

*United States v. William Piers*, Case No. A00-0104 CR (HRH)

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served the foregoing SUBMISSION OF EXHIBITS 'A' AND 'B' by depositing a true copy of same in the United States Mail addressed as follows:

Stephan A. Collins
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567

Dated 12/15/05

Matthew G. McHenry