RECEIVED
APR 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

MICHAEL R. LEVINE, Oregon State Bar No. 93142
Attorney At Law
400 SW Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone: (503) 546-3927
Fax: (503) 224-3203
Email: MichaelLevineESQ@aol.com

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD PIERS,<br>Defendant. | Case No. A00-0104 CR (HRH)<br><br>MOTION TO CONTINUE DUE DATE FOR FILING WRITTEN OBJECTIONS TO RECOMMENDATION REGARDING MOTION TO VACATE; DECLARATION OF COUNSEL IN SUPPORT |

The defendant, William Piers, through his attorney, Michael R. Levine, moves for a continuance of the due date for the filing of his objections to the Recommendation Regarding Motion to Vacate in the above captioned case. This motion is based on the attached declaration of counsel.

DATED: 4/17/06          _____
                                          Michael R. Levine