RECEIVED
APR 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD PIERS,<br><br>　　　　Defendant. | Case No. A00-0104 CR (HRH)<br><br>DECLARATION IN SUPPORT OF MOTION TO CONTINUE DUE DATE FOR FILING WRITTEN OBJECTIONS TO RECOMMENDATION REGARDING MOTION TO VACATE |

**ORIGINAL**

I, MICHAEL R. LEVINE, declare as follows:

1. I am the attorney for the defendant, William Edward Piers.

2. The Honorable Magistrate Judge John D. Roberts filed a Recommendation Regarding Mr. Pier's Motion to Vacate Convictions on April 10, 2006. I received this document in the mail on April 14, 2006. According to the order attached to the Recommendation, objections to the recommendation must be filed with the Clerk of Court by noon, April 26, 2006.

3. Due to the length of Magistrate Roberts' recommendation (70 pages), the volume and complexity of the numerous issues in the case, the large transcript of both the trial and the 2255 evidentiary hearing, my current caseload aside from the instant case, and the delay caused by geographic distance (Mr. Piers is exempt from filing electronically in the District Court for Alaska, and this office is not set up to do so), I seek a continuance of the due date for written objections.

4. I estimate I need an additional 14 days beyond April 26, 2006, to fully examine and draft necessary objections to Judge Roberts's recommendations.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

DATED: April 17, 2006     _____
　　　　　　　　　　　　　　Michael R. Levine

*United States v. William Piers*, Case No. A00-0104 CR (HRH)

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served the foregoing MOTION TO CONTINUE DUE DATE FOR FILING WRITTEN OBJECTIONS TO RECOMMMENDATION REGARDING MOTION TO VACATE; DECLARATION OF COUNSEL IN SUPPORT by depositing a true copy of same in the United States Mail addressed as follows:

Stephan A. Collins
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567

Dated 4/17/06

Matthew G. McHenry