MICHAEL R. LEVINE, Oregon State Bar No. 93142
Attorney At Law
400 SW Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone:  (503) 546-3927
Fax:    (503) 224-3203
Email:  MichaelLevineESQ@aol.com

RECEIVED
APR 18 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM PIERS<br><br>    Defendant. | Case No. A00-0104 CR (HRH)<br><br>ORDER CONTINUING DUE DATE FOR FILING WRITTEN OBJECTIONS TO RECOMMENDATION REGARDING MOTION TO VACATE |

THIS MATTER having come before the Court on motion of the defendant requesting that the due date for filing written objections to the Recommendation Regarding Motion to Vacate, , currently set for April 26, 2006, be continued for a minimum of fourteen days,

IT IS HEREBY ORDERED, that the evidentiary hearing is continued until _____, 2006.

DATED_____   _____
                    U.S. MAGISTRATE/ DISTRICT JUDGE