**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WILLIAM EDWARD PIERS,
    Defendant.

Case Number 3:04-cv-00236-HRH
(3:00-cr-00104-01-HRH)

**JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED:

s/H. RUSSEL HOLLAND
United States District Judge

_November 16, 2006_             Ida Romack
  Date                                   Clerk of Court

                                             Elisa Singleton

                                             (By) Deputy Clerk

[~8363869.wpd]