IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )
                                     )
     vs.                             )
                                     )
WILLIAM EDWARD PIERS       (D-01)    )
RAYMOND LEE HUBBARD, II    (D-02)    )
     and                             )
DONALD DOUGLAS FRANKLIN, JR. (D-03)  )
                                     )
                 Defendants.         )
_____)
                                     )   No. 3:00-cr-0104-HRH
This Order pertains to:              )
                                     )
WILLIAM EDWARD PIERS       (D-01)    )
_____)
```

O R D E R

Motion to Alter or Amend Judgment[1]

Pursuant to Rule 59(e), Federal Rules of Civil Procedure, defendant Piers moves the court to reconsider, alter, and amend its order of November 16, 2006,[2] and judgment[3] denying a motion to vacate conviction and sentence.[4] The motion is unopposed by the Government, probably because the Government viewed the instant

---

[1] Clerk's Docket No. 264.

[2] Clerk's Docket No. 260.

[3] Clerk's Docket No. 261.

[4] Clerk's Docket No. 203.

- 1 -

motion as one subject to D. Ak. L.R. 59.1 which proscribes responses as to motions for reconsideration without an invitation from the court. Although characterized as a motion to alter or amend the judgment in this case, the instant motion really is one for reconsideration of the court's November 2006 order.

Although defendant suggests that the court has "overlooked" multiple aspects of his earlier motion to vacate, the court is unpersuaded that it has failed to consider the substance of any of defendant's arguments. The motion to alter or amend the court's judgment and to reconsider its order of November 16, 2006, is denied.

DATED at Anchorage, Alaska, this <u>25th</u> day of January, 2007.

/s/ H. Russel Holland
United States District Judge