MICHAEL R. LEVINE, Oregon State Bar No. 93142
Attorney At Law
400 SW Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone:   (503) 546-3927
Fax:       (503) 224-3203
Email:   MichaelLevineESQ@aol.com

Attorney for William Piers

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM PIERS<br><br>  Defendant. | ) Case No. 3:00-CR-0104 CR (HRH)<br>)<br>)<br>) **NOTICE OF APPEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The defendant, William Piers, through his attorney, Michael R. Levine, hereby APPEALS to the Ninth Circuit Court of Appeals from the orders and judgment of the Honorable H. Russell Holland entered on November 16, 2006, and January 25, 2007, which orders denied the defendant's motion to vacate his convictions and his motion to alter, amend, and reconsider the denial of the motion to vacate.

/s/ Michael R. Levine
Michael R. Levine