```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       # 00130289 - PS
        April 30, 2007


  Code    Case #    Qty      Amount

  086900-F 00-0104           105.00 CK
  510000-C 00-0104           150.00 CK
  086400-R 00-0104           200.00 CK


  TOTAL→                     455.00


  FROM: MICHAEL R. LEVINE  For William E. Piers
        NOTICE OF APPEAL
        3:00-CR-104
```