

RECEIVED

MAY 0 4 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v PIERS
Court of Appeals No. (leave blank if unassigned):    **07 - 35342**
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND - 3:00-cr-00104-HRH
Date Complaint/Indictment/Petition Filed: 7/20/2000
Date Appealed Order/Judgment *entered*: 11/16/2006 and 1/25/2007
Date NOA *filed*: 2/23/2007
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending
Court Reporter(s) Name and Phone Number:  Multiple
                    Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _              Date Docket Fee billed: _
Date FP granted: _                   Date FP denied: _
Is FP pending?  No  yes/no           Was FP Limited/Revoked?
US Government Appeal?   No  yes/no
Companion Cases? Please list: _

                    Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                   Appellee Counsel:
Michael R. Levine                    Stephan Collins, AUSA
400 SW Sixth Ave., Suite 600         U.S. Attorney's Office
Portland, OR 97204                   222 W. 7th Ave., #9
FAX: 503-224-3203                    Anchorage, AK 99513
                                     FAX: 907-271-1500


XX  retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _              Address: _
Custody: _                      __
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _           9th Circuit Docket Number: _

---

Name and phone number of person completing this form:   Linda Christensen - 907-677-6104