IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
     vs.                             )
                                     )
WILLIAM EDWARD PIERS        (D-01)   )
RAYMOND LEE HUBBARD, II     (D-02)   )
     and                             )
DONALD DOUGLAS FRANKLIN, JR. (D-03)  )
                                     )
                Defendants.          )
_____)
                                     )   No. 3:00-cr-0104-HRH
This Order pertains to:              )
                                     )
WILLIAM EDWARD PIERS        (D-01)   )
_____)
```

O R D E R

Supplemental Motion for
Certificate of Appealability

Defendant Piers seeks to supplement the certificate of appealability heretofore issued in this case.[1] The defendant would have the court add the issue of whether or not Magistrate Judge Roberts erred in denying defendant's motion that Magistrate Judge Roberts should recuse himself because a recommendation for denial of habeas corpus was released before the parties had submitted post-evidentiary hearing briefs on the habeas motion.

---

[1] Docket No. 277.

Upon learning of the premature issuance of a report and recommendation, the magistrate judge promptly withdrew the report and recommendation, considered the parties' post-hearing briefs, and then reissued a report and recommendation.[2]

It is the view of the court that no reasonable judge would find error in the magistrate judge's decision not to recuse in this case.  The motion to supplement the certificate of appealability is denied.

DATED at Anchorage, Alaska, this <u>10th</u> day of December, 2007.

/s/ H. Russel Holland
United States District Judge

---

[2] <u>See</u> Order of November 16, 2006, at 2, Docket No. 260.