Michael R. Levine
Attorney at Law
400 S.W. Sixth Avenue, Suite 600
Portland, Oregon 97204
Phone: 503-546-3927
E-mail: MichaelLevineesq@aol.com
Attorney for William Piers

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     vs.<br><br>WILLIAM PIERS ,<br>            Defendant. | CASE 3:00-cr-0104-(HRH)<br><br>DESIGNATION OF RECORD ON APPEAL;<br>AND TRANSCRIPT DESIGNATION |

William Piers, through his attorney Michael R. Levine, hereby designates the following matters for the record on appeal from to the Ninth Circuit from the district court's order denying his motion to vacate his convictions under 28 U.S.C. § 2255, and his motion to reconsider that denial. The Ninth Circuit Case is C.A. 07-35342:

1. The transcript of the *ex parte* hearing of the Motion to Withdraw as counsel, which occurred on January 31, 2001 (already prepared);

2. The entire transcript of the original trial that began on February 5, 2001 and ended on February 9, 2001 (already prepared);

3. A transcript of the sentencing hearing on August 9, 2001 (already prepared);

4. A transcript of the complete evidentiary hearing on the 2255 motion before Magistrate-Judge Roberts which began on August 15, 2005 (already prepared);

5. All of petitioner's exhibits introduced at the evidentiary hearing.

            Respectfully Submitted:

            /s/ Michael R. Levine
            Michael R. Levine